In the Matter of DAVID KATZER, Petitioner, against JACOB G. SCHURMAN, as a Judge of the Court of General Sessions of the County of New York, Respondent.— Determination unanimously confirmed, without costs. No **opinion**. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

FARLOU REALTY CORPORATION et al., Appellants, v. WOODSAM ASSOCIATES, INC., Respondent.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.; Martin, P. J., dissents and votes to reverse and grant judgment for the plaintiffs.

IDA LEBOLT, Appellant, v. MORRIS LEBOLT, Respondent.— Judgment so far as appealed from, unanimously modified by increasing the amount of alimony to be paid to plaintiff for her support and maintenance to the sum of fifteen dollars per week, and as so modified affirmed, with costs of this appeal to the appellant. No opinion. Settle order on notice. Present — Martin, P. J., Untermyer, Dore and Callahan, JJ.

SIALKOT IMPORTING CORP., Appellant, v. JOHN R. VARDRA et al., Defendants, and NORMAN BERLIN et al., Respondents.— Order unanimously modified by striking from the last paragraph thereof the direction for entry of judgment, and as so modified affirmed, with twenty dollars costs and disbursements to the respondents, with leave to the plaintiff to serve an amended complaint within ten days after service of order on payment of said costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of the Liquidation of LAWYERS TITLE AND GUARANTY COMPANY. PARK FINANCIAL CORPORATION, Appellant; ROBERT E. DINEEN, Superintendent of Insurance of the State of New York, as Liquidator of Lawyers Title and Guaranty Company, et al., Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements to the respondent Dollar Savings Bank of the City of New York. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.; Callahan, J., taking no part. [183 Misc. 294.]

THE PEOPLE OF THE STATE OF NEW YORK ex rel. 270 PARK AVENUE CORPORATION et al., Respondents, and NEW YORK & HARLEM RAILROAD COMPANY et al., Interveners, Respondents, against JAMES J. SEXTON et al., as Commissioners of Assessments of the City of New York, et al., Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present - - Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [See *post*, p. 1039.]

THE PEOPLE OF THE STATE OF NEW YORK ex rel. W. KINTZING POST et al., as Trustees under the Will of MARY M. JONES, Deceased, Appellants, against WILLIAM S. MILLER et al., as Tax Commissioners of the City of New York, Respondents. THE PEOPLE OF THE STATE OF NEW YORK ex rel. W. KINTZING POST et al., as Trustees under the Will of MARY M. JONES, Deceased, Appellants, against WILLIAM S. MILLER et al., as Tax Commissioners of the City of New York, Respondents. THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES H. SHARP, as Committee of ALICE C. HASELL et al., Relators, against WILLIAM S. MILLER et al., as Tax Commissioners of the City of New York, Defendants.— Order affirmed, with twenty dollars costs and disbursements. (See *People ex rel. 342 East 57th Street Corp.* v. *Miller*, 262 App. Div. 132, affd. 287 N. Y. 682; *People ex rel. N. Y. Title and Mortgage Co.* v. *Miller*, 262 App. Div. 175, affd. 287 N. Y. 685.) Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.; Townley and Glennon, JJ., dissent and vote to reverse and deny the motion.